# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLIONIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 666-6 |
| | ) | |
| ERSELY ARITA-MEJIA, | ) | Judge Jorge Alonso |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT ERSELY ARITA-MEJIA'S MOTION
## FOR A DETENTION HEARING

Petitioner, ERSELY ARITA-MEJIA, by her attorney, Thomas More Leinenweber, respectfully requests that this Court hold a detention hearing, pursuant to 18 USC §3142. In further support, Ms. Arita-Mejia states as follows:

1. On November 10, 2021, Petitioner, Ersely Arita-Mejia, was arraigned before Judge Jeffrey Cole after being indicted and charged, *inter alia*, with wire fraud, in violation of Title 18, United States Code, Section 1343.

2. At that time, Ms. Arita-Mejia waived her detention hearing.

3. By way of this Motion, Ms. Arita-Mejia respectfully requests that this Court hold a detention hearing.

WHEREFORE, for the above-noted reasons, Defendant, ERSELY ARITA-MEJIA, prays that this Court grant her motion.

Respectfully submitted,

ERSELY ARITA-MEJIA

By: s/Thomas More Leinenweber

                                                            Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber Baroni & Daffada, LLC
120 North LaSalle Street, Suite 2000
Chicago, Illinois  60602
(312) 606-8705
(312) 403-1312 (cell)
Thomas@ilesq.com